## No. 5840.

### ELLEN WILSON VS. HIBERNIA NATIONAL BANK.

In a suit to recover balance of a sum deposited in a bank, where the evidence of the plaintiff is her account-book, wherein the bank enters the debits and credits, several leaves of which have been torn out, and the evidence of the defendant is the bank ledger, which corresponds with her account-book up to the torn leaves, and which shews that she has drawn her whole deposit save five cents, and which the bank officers swear is correctly kept, tender of the balance due having been shewn, judgment was rendered in favor of the defendant.

APPEAL from the Fifth District Court of New Orleans. CULLOM, J.

*Braughn, Buck & Dinkelspiel* for Plaintiff. *Gilmore & Sons* for Defendant Appellant.

DE BLANC, J., delivered the opinion reversing the judgment.